IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MARCUS R. SOMMERS

_____/

INFORMATION

3:25-mj-27

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

On or about September 11, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Pensacola, Pensacola, Florida, the defendant,

**MARCUS R. SOMMERS,**

did willfully violate a defense property security regulation within Department of Defense property, by possessing a firearm or other dangerous weapon as prohibited by Naval Air Station Pensacola Instruction 5500.1H, paragraph 312, in violation of Title 50, United States Code, Section 797(a).

*[signature] for*

JASON R. COODY
United States Attorney

January 10, 2025

DATE

FILED USDC FLND PN
JAN 10 '25 PM 4:08